No. — – ——. CALIFORNIA ASSOCIATION OF THE PHYSICALLY HANDICAPPED, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–1011. KEMP, WARDEN *v.* FLEMING. Application of the Attorney General of Georgia for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. 27, Orig. OHIO *v.* KENTUCKY. Accounting of the Special Master is received and ordered filed. The Special Master appointed by the Court is discharged with the thanks of the Court. [For earlier decision herein, see, *e. g.*, 471 U. S. 153.]

No. 85–663. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES *v.* PURSER ET AL. Sup. Ct. Wash.; and

No. 85–1821. UTAH ET AL. *v.* UTE INDIAN TRIBE. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 85–792. INTERSTATE COMMERCE COMMISSION *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.; and

No. 85–793. MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. D. C. Cir. [Certiorari granted, 475 U. S. 1081.] Motion of the Solicitor General for divided argument granted.